USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

HECTOR SANTIAGO,

**JUDGMENT**

Plaintiff,     23-cv-08146 (NSR)(JCM)

-against-

DETECTIVE RUSSELL KILGORE, DETECTIVE
CHRISTOPHER MCMANUS, DETECTIVE
SPECIALIST LICHT, DETECTIVE NEWMAN,
DETECTIVE JOSEPH PARELLA, DETECTIVE
DEMATTEO, THE CITY OF YONKERS, AND
JOHN JOE OFFICERS ##1-4

Defendants.

------------------------------------------------------------------------X

**WHEREAS**, Plaintiff HECTOR SANTIAGO commenced this action by filing a Complaint on or about September 14, 2023, alleging that the Defendants violated his federal civil rights; and

**WHEREAS**, the Defendants have denied any and all liability arising out of Plaintiff's allegations; and

**WHEREAS**, Defendant, City of Yonkers, served Plaintiff with an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure on July 2, 2024, as only against the Defendant City of Yonkers and none of the other individually named Defendants;

**WHEREAS**, on July 3, 2024; Plaintiff accepted the Offer of Judgment, it is hereby,

**ORDERED, ADJUDGED AND DECREED**, that Plaintiff take judgment only against Defendant City of Yonkers for the total sum of $50,000.00 in full satisfaction of all claims against all of the Defendants herein, said $50,000.00 offer being inclusive of costs, disbursements, and attorneys' fees in Plaintiff's favor.   The Judgment is in full satisfaction of all claims made by Plaintiff and is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by Defendant City of Yonkers or any official, employee, or agent of the Defendant City of Yonkers or any agency thereof; and it is further

**ORDERED, ADJUDGED AND DECREED**, that Plaintiff's allegations in his Complaint against the individual Defendants: DETECTIVE RUSSELL KILGORE, DETECTIVE CHRISTOPHER MCMANUS, DETECTIVE SPECIALIST LICHT, DETECTIVE NEWMAN, DETECTIVE JOSEPH PARELLA, DETECTIVE DEMATTEO AND JOHN DOE OFFICERS 1-4; be and are hereby dismissed with prejudice and as a matter of this Record.

Dated:   White Plains, New York
         July 19, 2024

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE